PHILLIP A. TALBERT
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street
Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW ALONSO,<br><br>    Defendant. | CASE NO. 1:21-CR-00217-JLT-SKO<br><br>STIPULATION FOR TRIAL DATE AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>PROPOSED TRIAL DATE: August 27, 2024<br>TIME: 8:30 a.m.<br>COURT: Hon. Jennifer L. Thurston |

This case is currently set for a status conference on January 17, 2024, with a trial date of February 13, 2024.  The court notified counsel on January 2, 2024, that the parties should file a stipulation to vacate the status conference.  In addition, when the matter was last before the court, the court suggested that the parties decide whether the current trial date should remain, since current defense counsel was only recently appointed to represent the defendant.  Since then, the parties have attempted to coordinate schedules to find the date that best fits the calendars of counsel and the court for a new trial date.  The parties have discussed the case and agreed to reschedule the trial to start on August 27, 2024, at 8:30 a.m.  Accordingly, Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter has been scheduled for a trial set to begin on February 13, 2024.  Since that date was set, the defendant stated that he wanted a different attorney, and the court has appointed current defense counsel to take over the defendant's representation.

2. By this stipulation, the parties have agreed to a new start date of August 27, 2024, with a trial confirmation and motions hearing date of July 29, 2024. The parties also have agreed to exclude time under the Speedy Trial Act through the start of the trial on August 27, 2024, based on 18 U.S.C. § § (h)(7)(A), (h)(7)(B)(i) and (iv).

3. The parties have agreed that the proposed trial date is the first date available to the parties and court that will enable new defense counsel to review discovery and adequately prepare the defendant's case for trial. The parties also agree that the status conference scheduled for January 17, 2024, is not necessary, and the parties request that that hearing be vacated.

4. Based on this stipulation, the parties request that the Court issue the attached proposed order.

IT IS SO STIPULATED.

Dated: January 9, 2024    PHILLIP A. TALBERT
United States Attorney

/s/ David Gappa
DAVID L. GAPPA
Assistant United States Attorney

Dated: January 9, 2024    /s/ Patrick Aguirre
Patrick Aguirre
Counsel for Defendant
ANDREW ALONSO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>ANDREW ALONSO,<br><br>　　　　　　　　Defendant. | CASE NO.  1:21-CR-00217-JLT-SKO<br><br>ORDER<br><br>TRIAL DATE: August 27, 2024<br>TIME: 8:30 a.m.<br>COURT: Hon. Jennifer L. Thurston |

**ORDER**

The court has reviewed and considered the stipulation filed by the parties on January 9, 2024, and also reviewed the record of this case.

IT IS HEREBY ORDERED that the trial in this case is rescheduled to begin on August 27, 2024, at 8:30 a.m.

IT IS FURTHER ORDERED that the hearing on motions and trial confirmation for this case be scheduled for July 29, 2024, at 9:00 am.

IT IS FURTHER ORDERED that the status conference scheduled for January 17, 2024, be vacated.

IT IS FURTHER ORDERED that the time period between February 13, 2024, and August 27, 2024, inclusive, is deemed excludable under 18 U.S.C. § § (h)(7)(A), (h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's findings, based on the reasons stated in the parties' stipulation, that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

DATE: 1/9/2024

　　　　　　　　　　　　　　　　　　　　　_Sheila K. Oberto_
　　　　　　　　　　　　　　　　　　　　　Honorable Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge