PATRICK S. AGUIRRE, SBN 189103
LAW OFFICES OF PATRICK S. AGUIRRE & ASSOCIATES, A PLC
1107 R St. Fresno, CA 93721
Telephone: (562)904-4337
Facsimile: (562)928-3999
Email: attorney@paguirrelaw.com

Attorney for Defendant
ANDREW ALONSO

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRCIT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case no. 1:21-CR-00217-JLT-SKO |
|---|---|
| Plaintiff, | **STIPULATION CONTINUING CHANGE OF PLEA HEARING DATE, VACATING CURRENT TRIAL DATE; AND EXCLUDABLE PERIODS UNDER SPEEDY TRIAL ACT [PROPOSED ORDER]** |
| vs. | |
| ANDREW ALONSO, | |
| Defendant. | |
| | Date: July 29, 2024<br>Time: 9:00 am<br>Court: Hon. Jennifer L. Thurston |

**STIPULATION**

Defendant, by and through his counsel of record, and plaintiff, by and through plaintiffs' counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a Change of Plea Hearing on July 29, 2024.

2. By this stipulation, defendant now moves to continue the change of plea hearing until August 19, 2024 and exclude time to and through that date due to the fact that counsel for defendant has a calendar conflict.

3. The parties agree and stipulate, and request that the court find the following:

a) Continue the change of plea hearing date to August 19, 2024.

b) Vacate the current Jury trial date of August 27, 2024.

c) The government does not object to the continuance.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence. The court has previously ordered that time be excluded through the trial date of August 27, 2024.

IT IS SO STIPULATED.

Dated: July 25, 2024                                      PATRICK S. AGUIRRE
                                                          Attorney for Defendant
                                                          ANDREW ALONSO


                                                          ___/s/ PATRICK S. AGUIRRE___
                                                          PATRICK S. AGUIRRE
                                                          Attorney for Defendant
                                                          ANDREW ALONSO


Dated: July 25, 2024                                      ___/s/DAVID L.GAPPA_____
                                                          DAVID L. GAPPA
                                                          Assistant United States Attorney

## [~~PROPOSED~~] FINDINGS AND ORDER

IT IS SO FOUND that the ends of justice are served by requested continuance.

IT IS FURTHER FOUND that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial and that time is deemed excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].

IT IS ORDERED that the change of plea hearing set for July 29, 2024 is continued to August 19, 2024 and that the current Jury trial date of August 27th, 2024 is vacated.

IT IS SO FOUND AND ORDERED this _26th_ day of _July_, 2024

_____
Hon. Jennifer L. Thurston
District Court Judge