1  PATRICK S. AGUIRRE, SBN 189103
2  LAW OFFICES OF PATRICK S. AGUIRRE & ASSOCIATES, A PLC
   1107 R St. Fresno, CA 93721
3  Telephone: (562)904-4337
   Facsimile: (562)928-3999
4  Email: attorney@paguirrelaw.com

5  Attorney for Defendant
   ANDREW ALONSO
6

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRCIT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW ALONSO,<br><br>Defendant. | Case no. 1:21-CR-00217-JLT-SKO<br><br>**STIPULATION CONTINUING CHANGE OF PLEA HEARING DATE, VACATING CURRENT TRIAL DATE; AND EXCLUDABLE PERIODS UNDER SPEEDY TRIAL ACT [PROPOSED ORDER]**<br><br>Date: September 3, 2024<br>Time: 9:00 am<br>Court: Hon. Jennifer L. Thurston |

**STIPULATION**

Defendant, by and through his counsel of record, and plaintiff, by and through plaintiffs' counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a Change of Plea Hearing on August 19, 2024.

2. By this stipulation, defendant now moves to continue the change of plea hearing until September 3, 2024, and exclude time to and through that date due to the fact that counsel for defendant was unable to attend the August 19, 2024, hearing due to being incapacitated by COVID-19.

3. The parties agree and stipulate, and request that the court find the following:

   a) Continue the change of plea hearing date to September 3, 2024.

   b) The government does not object to the continuance.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence. The court had previously ordered that time be excluded through a previously-scheduled (then vacated) trial date of August 27, 2024.

IT IS SO STIPULATED.

Dated: August 19, 2024                               PATRICK S. AGUIRRE
                                                     Attorney for Defendant
                                                     ANDREW ALONSO


                                                      /s/ PATRICK S. AGUIRRE
                                                     PATRICK S. AGUIRRE
                                                     Attorney for Defendant
                                                     ANDREW ALONSO


Dated: August 19, 2024                                /s/DAVID L.GAPPA
                                                     DAVID L. GAPPA
                                                     Assistant United States Attorney

**[~~PROPOSED~~] FINDINGS AND ORDER**

IT IS SO FOUND that the ends of justice are served by the defendant's requested continuance.

IT IS ORDERED that the change of plea hearing set for August 19, 2024, is continued to September 3, 2024.

IT IS FURTHER FOUND that the ends of justice served by taking such action outweigh the best interests of the public and the defendant in a speedy trial and that time is deemed excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].

IT IS SO FOUND AND ORDERED this  20th  day of  August           , 2024

Hon. Jennifer L. Thurston
District Court Judge