1 PATRICK S. AGUIRRE , #189103
LAW OFFICES OF PATRICK S. AGUIRRE, PLC
2 1107 R STREET
FRESNO, CA 93721
3 Telephone: 562-904-4337
Fax: 562-928-3999
4 Email: ATTORNEY@PAGUIRRELAW.COM

5 Attorney for Defendant
ANDREW MICHAEL ALONSO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00217-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING |
| v. | |
| ANDREW MICHAEL ALONSO, | |
| Defendant. | |

    Defendant, ANDREW MICHAEL ALONSO, by and through his counsel of record, PATRICK S. AGUIRRE, and Plaintiff, UNITED STATES OF AMERICA, by and through DAVID GAPPA, Assistant United States Attorney, hereby stipulate that the sentencing in the above-referenced case currently scheduled for Tuesday, September 2, 2025, at 9:00 a.m. be continued to Monday, October 20, 2025 at 9:00 a.m. in the courtroom for the Honorable Jennifer L. Thurston, District Judge.

    The continuance is necessary, and good cause exists because Defendant's parents are ill and cannot attend sentencing on the date currently set. Defendant's parents wish to attend the hearing and will be present on the agreed date of October 20, 2025.

    This stipulation is based on good cause and in the interest of justice. For the reasons set forth above, the parties agree that the sentencing hearing currently scheduled for September 2, 2025, at 9:00 a.m. be continued to October 20, 2025 at 9:00 a.m.

1
2  **IT IS SO STIPULATED**

                                              Respectfully submitted,

3
4  Dated: 08/28/2025                                          /s/_____
                                                             PATRICK S. AGUIRRE
5                                                            Attorney for Defendant
6
7  **IT IS SO STIPULATED**
8
9  Dated:                                                    /s/_____
                                                             DAVID GAPPA
10                                                           Assistant U.S. Attorney
11
12
13  IT IS SO ORDERED.

14     Dated:   **August 28, 2025**                          _____
                                                             UNITED STATES DISTRICT JUDGE
15

2