PATRICK S. AGUIRRE, 189103
LAW OFFICES OF PATRICK S. AGUIRRE
1107 R. St.
Fresno, CA, 93721
Telephone: (562) 904-4337
Facsimile: (562) 683-2180

Attorney for Defendant
Andrew Michael Alonso

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANDREW MICHAEL ALONSO, <br><br> Defendant. | No. 1:21-CR-00217-JLT-SKO <br><br> **MOTION TO TERMINATE CJA APPOINTMENT OF PATRICK S. AGUIRRE AS ATTORNEY OF RECORD AND [PROPOSED ORDER]** |

On September 2, 2021, Defendant was indicted on federal charges. CJA Panel Attorney Patrick S. Aguirre was appointed as trial counsel to represent Mr. Alonso on November 13, 2023 in his criminal case. Mr. Alonso was sentenced pursuant to a plea agreement on October 27, 2025. Counsel for defendant filed a notice of appeal on November 18, 2025. Subsequently, defense counsel filed a motion to withdraw and appellant counsel was appointed to file the appeal in the 9th Circuit. Mr. Alonso was in custody at sentencing. The trial phase of Mr. Alonso's criminal case has, therefore, come to an end. Having completed his representation of Mr. Alonso, CJA attorney Patrick S. Aguirre now moves to terminate his appointment under the Criminal Justice Act.

1  Should Mr. Alonso require further legal assistance he has been advised to contact the
2  Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street,
3  Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-
4  free), which, if appropriate, will arrange for the re-appointment of counsel to assist him/her.

Dated: December 23, 2025

Respectfully submitted,

/s/ P. Aguirre
Patrick S. Aguirre, Attorney for
Defendant, Andrew Michael Alonso

## [PROPOSED] ORDER

Having reviewed the notice and found that attorney Patrick S. Aguirre has completed the services for which he was appointed, the Court hereby grants attorney Patrick S. Aguirre's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Andrew Michael Alonso at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Taft MCCF, 330 Commerce Way, Taft, CA 93268.

**IT IS SO ORDERED**

Dated: December 31, 2025

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE