ERIC GRANT
United States Attorney
DAVID L. GAPPA
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00217-JLT-SKO |
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| ANDREW MICHAEL ALONSO, | |
| Defendant. | |

On January 21, 2025, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of the 18 U.S.C. § 2253(a), based upon the guilty plea entered by defendant Andrew Michael Alonso, and the plea agreement entered into between plaintiff and the defendant Andrew Michael Alonso forfeiting to the United States the following property:

      a.    Black iPhone XR, serial number DX4DTTRYKXKN, Unique Chip ID: 603383555964974, IMEI: 356830110237716.

Beginning on January 28, 2025, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within 60 days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

Final Order of Forfeiture

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDICATED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253(a), including all right, tittle, and interest of Andrew Michael Alonso.

2. All right, tittle and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Customs and Border Protection – Homeland Security Investigations shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   **March 3, 2026**

_Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE

2

Final Order of Forfeiture